**Case Nos. 19-3030, 19-3034, 19-3035, 19-3053**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,
         Plaintiff-Appellee/Cross-Appellant,

v.

PATRICK EUGENE STEIN, ET AL.,
         Defendants-Appellants/Cross-Appellees.

---

**Unopposed Motion for 60-Day Continuance**

---

The appellants in this consolidated appeal jointly move this Court under Tenth Circuit Rule 27.6 for a 60-day continuance of the briefing schedule in this case. The government does not object to this motion.

1. The current brief due date is September 13, 2019. The requested extension would result in the following briefing schedule:

| | |
|---|---|
| Appellants' first briefs on cross-appeal | November 12, 2019 |
| United States' second brief on cross-appeal | February 11, 2020 |
| Appellants' third briefs on cross appeal | April 11, 2020 |
| United States' reply brief | May 13, 2020 |

2. If this request is granted, the appellants **will not** seek any further extensions of time to file their first briefs on cross-appeal.

3. The appellants also will not object should the government seek an extension of time to file its second brief (as its briefing schedule would, under the requested extension, straddle the winter holidays).

4. The appellants originally requested a brief due date of 150 days from the completion of the record. This Court set a brief due date of 134 days from the completion of the record. We have not previously sought any extension of that due date. It has become apparent that even more time is needed than originally requested to review the record and exhibits, research the issues, and prepare the briefs, primarily because of the size of the record and complexity of the issues:

5. Appellants Stein, Allen, and Wright were jointly indicted and jointly tried in a weeks-long jury trial resulting in convictions for (1) conspiracy to use a weapon of mass destruction, 18 U.S.C. § 2332a(a)(2) (all three appellants); (2) conspiracy against civil rights, 18 U.S.C. § 241 (all three appellants); and (3) false statements, 18 U.S.C. § 241 (Appellant Wright only) in Kansas District Court Case No. 6:16-cr-10141-EFM. The appellants were sentenced to prison terms of 30 years (Stein), 25 years (Allen), and 26 years (Wright). They are currently in custody serving those terms.

6. The record on appeal is very large, more than 10,000 pages long (including 6,335 transcript pages). This total does not include motion exhibits, trial exhibits, or sentencing exhibits. Counsel are in the process of determining which exhibits to seek to add to the record on appeal.

7. The trial exhibits are voluminous (see attached 32-page exhibit list) and include nearly 400 audio clips (most of which are listed as sub-exhibits of government exhibits 13-19, 21-24, and 129). The clips were played throughout the trial, not always in order, and thus a person reviewing the record must interrupt reading much of the trial transcript every few pages to listen to an audio clip. The clips themselves are difficult to hear, requiring headphones for clarity. There are transcripts of most of the clips, but the transcripts were not admitted into evidence, and their correctness—especially as to speaker—was disputed at least in part during trial.

8. The appellate issues under consideration are many and complex. They include issues of first impression (the composition of Kansas's federal petite jury pool; the elements of 18 U.S.C. § 2332a(a)(2); the application of the Sentencing Guidelines' terrorism enhancement), as well as fact-intensive issues (the admission of coconspirator hearsay; the refusal of an entrapment instruction; variance/constructive amendment of the indictment).

9. Counsel for Stein and Allen were not trial counsel, and are reviewing the record and the issues from scratch. Counsel for Stein was not in the same office or even the same district as original counsel for Stein; the case is completely new to her.

10. Counsel for the appellants have also been fulfilling other, pre-existing obligations that are now winding down, allowing for more focused attention on this appeal. For instance, counsel for Appellant **Stein** has been handling her office's First Step

Act litigation, including responding to all inquiries from clients about the First Step Act, reviewing and identifying clients eligible for First Step Act relief, and filing motions on behalf of eligible clients on a rolling basis. She currently has ongoing litigation in the following First Step Act cases: *United States v. Johnny Scott Warren*, D. Colo. 1:07-cr-00354-CMA; *United States v. Jason Alexander Broadway*, D. Colo. 1:07-cr-00517-LTB; *United States v. Damon Scott*, D. Colo. 1:08-cr-00287-REB; and *United States vs. Anthony Smith*, D. Colo. 1:91-cr-00188-LTB. She frequently supports the district court lawyers in her office, providing research and motions writing assistance. She also represents Mr. Stein in a separate appeal, *United States v. Stein*, Appeal No. 19-3043 (brief due September 12, 2019), and represents the appellant in *United States v. Leffler*, Appeal No. 18-5087 (reply brief filed July 8, 2019; oral argument scheduled for September 24, 2019).

11. Counsel for Appellant **Allen** has been occupied with remands from this Court in *United States v. Christy*, Appeal No. 17-3122, D. Kan. 15-cr-40091 (sentencing memorandum filed June 10, 2019; resentencing held June 17, 2019), and *United States v. Gaines*, Appeal No. 17-3270, D. Kan. 15-cr-20078 (remand response brief filed June 14, 2019; oral argument on remand issues held July 15, 2019), researching and preparing to litigate *Rehaif*-related issues in *United States v. Haag*, Appeal No. 18-3255 (remanded on joint *Rehaif*-based motion for summary disposition on July 25, 2019), and *United States v. Clark*, Appeal No. 18-3132 (remanded on other grounds on July 30, 2019), as well as training and supervising

her office's summer interns. She is also a faculty member at the upcoming Defender Services Office's Persuasive Writing Workshop in Denver, Colorado, requiring travel to Denver from August 11, 2019, through August 15, 2019.

12. Counsel for Appellant **Wright** has had remand responsibilities first as CJA counsel, and then as stand-by counsel in *United States v. Thompson*, Appeal No. 15-3313, D. Kan. 13-cr-40060 (final order on remand filed July 29, 2019), and has had other CJA responsibilities as well. *See, e.g., United States v. Salazar*, Appeal No. 19-6081 (appointed June 12, 2019; response to government's motion to enforce appeal waiver filed July 26, 2019.); *United States v. Massey*, D. Kan. 18-cr-10167 (appointed June 25, 2019; sentencing held July 17, 2019). She also taught employment law at Wichita State University in a compressed summer course from June 3, 2019, to July 26, 2019. Additionally, a family member's upcoming surgery will require counsel to travel to Ohio the last week of this month.

13. All counsel will need sufficient time after individually settling on their respective clients' appellate issues to consult with each other in an effort to avoid duplicative briefing to the extent possible, as ordered by this Court. *See* Order consolidating cases (filed May 6, 2019).

Given all of the above considerations, it is not possible for the appellants to file their first briefs on cross-appeal on time, even exercising due diligence. The appellants therefore respectfully request a 60-day continuance of the briefing schedule.

Respectfully submitted,

MELODY BRANNON
Federal Public Defender

s/ Paige A. Nichols
PAIGE A. NICHOLS, #16400
Assistant Federal Public Defender
Kansas Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603
Phone: (785) 232-9828
Fax: (785) 232-9886
Email: paige_nichols@fd.org

For Curtis Allen

s/ Kari S. Schmidt
KARI S. SCHMIDT, #11524
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Suite 300
Wichita, Kansas 67202
Phone: (316) 264-3300
Fax: (316) 264-3423
Email: karis@fcse.net

For Gavin Wright

s/ Meredith B. Esser
MEREDITH B. ESSER
Assistant Federal Public Defender
Colorado/Wyoming Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Phone: (303) 294-7002
Email: meredith_esser@fd.org

For Patrick Stein

## Certificate of Compliance with 10th Circuit Rule 27

I certify that this pleading complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), 32(a)(5) & 32(a)(6) in that it contains 1,119 words in a proportionally spaced typeface (14-point Garamond), as shown by Microsoft Word 2016, which was used to prepare this motion.

s/ Paige A. Nichols
PAIGE A. NICHOLS

Dated: August 8, 2019


## Certificate of Compliance with 10th Circuit Rule 25.5

I certify that this pleading complies with the applicable privacy and redaction requirements of 10th Circuit Rule 25.5 and the rules cited therein.

s/ Paige A. Nichols
PAIGE A. NICHOLS

Dated: August 8, 2019

## Certificate of Compliance with 10th Circuit Rule 25.3

I certify that this digital submission has been scanned for viruses with the most recent version of Symantec Endpoint Protection, Version 14, updated August 8, 2019 and, according to the program is free of viruses.

s/ Paige A. Nichols
PAIGE A. NICHOLS

Dated: August 8, 2019

**<u>Certificate of Service</u>**

I certify that on August 8, 2019, the above was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. Because counsel for the consolidated Appellants and for the Appellee (Assistant United States Attorney Anthony Mattivi and USDOJ Attorneys Christine Monta, Tovah Calderon, and Danielle Tarin) are registered CM/ECF users, they will be served by the CM/ECF system. 10th Cir. R. 31.5.

<u>s/ Paige A. Nichols</u><br>
PAIGE A. NICHOLS

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS


Case No. 6:16-cr-10141-EFM


☐ Evidentiary
■ Trial
☐ Other


# GOVERNMENT - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 3/27 | 3/27 | 1-16 in with SA Miller | Photographs taken during the execution of a search warrant 1088 Doll Street Wright, KS |
| 2 | 3/27 | 3/27 | 1-4 in by SA Tucker | Photographs taken during the execution of a search warrant at Boot Hill Casino, Dodge City, KS |
| 3 | 3/27 | 3/27 | 1, 5, 6, 11 in by SA Tucker 2-4, 7-12, 14, 16-20, 62, 66 in with SA Schmidt | Photographs taken during the execution of a search warrant for a truck belonging to Patrick Stein |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 4 | 3/26 | 3/26 | 13 in by Harris<br><br>1-17, 22-51, 53-62 in by Schmidt | Photographs taken during the execution of a search warrant 1500 Bluebell Lot 129 Liberal, KS |
| 6 | 3/28 | 3/28 | 1-14, 16 19 in with Ott | Photographs taken during the execution of a search warrant for a truck belonging to Curtis Allen |
| 7 | 4/9 | 4/9 | 1-22 in through Lang | Photographs taken during the execution of a search warrant at Beaver Country Oklahoma latitude/longitude Coordinates 36.997932, - 100.944967 |
| 8 | 3/27 | 3/27 | 1, 2, 16, 22-26, 32, 34, 93, 95, 97, 102, 107, 112, 109, 113, 133, in by SA Tucker<br>40, 41, 137-142 147 By SA Miller<br>24-26, 28, 134 by Harris | Photographs taken during the execution of a search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 9 | 3/27 | 3/27 | 1, 2, 5,6, 7, 9, 11, 17, 18 by Tucker<br><br>2, 3, 8, 10- 15, 18-26 by SA Miller | Photographs taken during the execution of a search warrant on storage locker unit F002 located at Space Station Storage, 1120 East 2nd Street Liberal, KS |
| 13 | 3/29 | 3/29 | 13g, h, j, n in through Brody Benson<br><br>13a, b, c, f, l in with Dan Day | 1D7, audio recording |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 3 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 11
Case Number: 6:16-cr-10141-EFM                                    Page 3 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 14 | 3/29 | 3/29 | 14-b, c, e-n, p-u, x, y, z aa-hh, jj, kk, mm-ww, yy, zz, aaa-iii, lll, mmm, ooo-uuu in with Dan Day | 1D13, audio recording |
| 15 | 3/29 | 3/29 | 15-b, d-n, o-u, w-z, aa-kk, nn-vv, yy, zz, aaa-ooo in with Dan Day | 1D16, audio recording |
| 16 | 3/29 | 3/29 | 16a-d, g-i, k-z, bb-zz, aaa-hhh, jjj-vvv in with Dan Day | 1D17, audio recording |
| 17 | 3/29 | 3/29 | 17a-k in with Dan Day | 1D25, audio recording |
| 18 | 4/4 | 4/4 | a-g, i, j-m, o-s in through Brian | 1D26, audio recording |
| 19 | 4/4 | 4/4 | Full audio file and clips: e-g, i, j, l-o, q-u in through Brian | 1D39 clip 9, audio recording |
| 21 | 4/4 | 4/4 | d, k, n, l, o in through Brian | 1D39 track 6, audio recording |

Case Number: 6:16-cr-10141-EFM                                    Page  4  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 22 | 3/29 | 3/29 | 22b-o, r in with Dan Day | 1D12, audio recording |
| 24 | 3/29 | 3/29 | 24a in with Dan Day | 1D15, audio recording |
| 26 | 3/27 | 3/27 | SA Miller | Physical copy of 1B31, documents found in search of 1250 E Tucker Rd Liberal KS |
| 26a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 26 |
| 29 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B108, Handwritten notes |
| 31 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B110, Notebook |
| 32 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B116, notes |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 34 | 3/28/18 | 3/28 | SA Schmidt | Physical item 1B123, notes |
| 35 | 3/26 | 3/26 | Harris<br><br>Ott 3/28 | Physical item 1B126, handwritten documents |
| 35a | 3/26 | 3/26 | Harris | Photograph of exhibit 35 |
| 36 | 3/26 | 3/26 | Harris<br><br>Ott 3/28 | Physical item 1B127, handwritten documents |
| 36a | 3/26 | 3/26 | Harris | Photograph of exhibit 36 |
| 37 | 3/26 | 3/26 | Harris<br>Ott 3/28 | Physical item 1B128, notebook |
| 37a | 3/26 | 3/26 | Harris | Photograph of exhibit 37 |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 6 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 14
Case Number: 6:16-cr-10141-EFM                          Page  6  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 38 | 3/28 | 3/28 | Ott | Physical item 1B129, maps |
| 39 | 3/27 | 3/27 | SA Miller | Physical item 1B220, map |
| 39a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 39 |
| 40 | 3/27 | 3/27 | SA Miller | Physical item 1B222, notes |
| 40a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 40 |
| 41 | 3/27 | 3/27 | SA Miller | Physical item 1B232, documents |
| 41a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 41 |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 7 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 15
Case Number: 6:16-cr-10141-EFM                                    Page 7 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 42 | 3/27 | 3/27 | SA Miller | Physical item 1B233, notes |
| 44 | 3/28 | 3/28 | Schmidt | Physical item 1B112, notes |
| 45 | 3/27 | 3/28 | SA Miller | Physical item 1B219, documents |
| 46 | 3/27 | 3/27 | SA Miller | Physical item, 1B29 Anarchist Cookbook and handwritten note |
| 47 | 4/9 | 4/9 | 47a in through SA Tucker | 1A22, audio recording of jail call placed by Patrick Stein |
| 48 | 4/2 | 4/2 | Dan Day | Photographs |
| 49 | 4/4 | 4/4 | Brian | Videos for 1D39 clip 6 |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 8 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 16
Case Number: 6:16-cr-10141-EFM                                    Page  8  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| 52 | 4/5 | 4/5 | Brian | Physical Item 1B5, fertilizer |
|----|-----|-----|-------|-------------------------------|
| 53 | 4/5 | 4/5 | Brian | Physical Item 1B6, fertilizer |
| 54 | 4/5 | 4/5 | Brian | Physical Item 1B7, fertilizer |
| 55 | 4/5 | 4/5 | Brian | Physical Item 1B8, fertilizer |
| 56 | 4/5 | 4/5 | Brian | Physical Item 1B9, fertilizer |
| 57 | 4/5 | 4/5 | Brian | Physical Item1B10, fertilizer |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 9 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 17
Case Number: 6:16-cr-10141-EFM                                    Page 9 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 58 | 3/27 | 3/27 | SA Tucker | Physical Item 1B13, detonator collected at G&G |
| 59 | 3/27 | 3/27 | SA Tucker | Physical Item 1B18, chopsticks |
| 60 | 3/27 | 3/27 | SA Miller | Physical Item 1B125, cellophane for chopsticks |
| 62 | 3/27 | 3/27 | SA Miller | Physical Item 1B19, thermometer |
| 63 | 3/27 | 3/27 | SA Miller | Physical Item 1B20, goggles |
| 65 | 3/27 | 3/27 | SA Miller | Physical Item 1B24, hydrogen peroxide 35% |
| 66 | 3/26 | 3/26 | Lula Harris | Physical Item 1B27, Tracphone |

Case Number: 6:16-cr-10141-EFM                                    Page 10 of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| 71 | 3/28 | 3/28 | Miller | Physical item 1B45, fuse |
|----|------|------|--------|--------------------------|
| 72 | 3/26 | 3/26 | Harris<br><br>Miller 3/28 | Physical item 1B46, notebook |
| 72a | 3/26 | 3/26 | Harris | Photograph of exhibit 72 |
| 74 | 3/28 | 3/28 | Schmidt | Physical item 1B101, Sig Sauer |
| 75 | 3/28 | 3/28 | Schmidt | Physical item 1B102, ammunition |
| 76 | 3/28 | 3/28 | Schmidt | Physical item 1B103 , magazine, ammunition, and holster |
| 77 | 3/26 | 3/26 | Harris<br><br>Miller 3/28 | Physical item 1B152, CDs labeled "Bomb counter measures" and "Anarchist cookbook" |
| 78 | 3/28 | 3/28 | Ott | Physical item 1B165, aluminum powder |

Case Number: 6:16-cr-10141-EFM                                    Page 11 of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| 80 | 4/3 | 4/3 | Sgt. Olsen | Physical item 1B202, hotplate magnetic stirrer box and black leather notebook |
|----|-----|-----|-----------|--------------------------------------------------------------------------------|
| 86 | 4/9 | 4/9 | 86-1,2,3,8,9,in with Burtzloff | Space Station Storage records |
| 90 | 3/27 | 3/27 | SA Miller | FBI sketch of 1088 Doll Street Wright, KS |
| 92 | 3/28 | 3/28 | Schmidt | Physical item 1B108, handwritten notes |
| 93 | 3/28 | 3/28 | Schmidt | Physical item 1B108, yellow legal pad |
| 94 | 3/28 | 3/28 | Schmidt | Physical item 1B108, aerial photographs |
| 95 | 3/27 | 3/27 | SA Miller | Physical item 1B222, notes |

Case Number: 6:16-cr-10141-EFM                                    Page  12  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| 95a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 95 |
|-----|------|------|-----------|--------------------------|
| 96 | 3/27 | 3/27 | SA Miller | Physical item1B222, notes |
| 96a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 96 |
| 97 | 3/27 | 3/27 | SA Miller | Physical item 1B222, notebook |
| 97a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 97 |
| 99 | 3/27 | 3/27 | SA Miller | Physical item 1B28, handwritten notes |
| 99a | 3/27 | 3/27 | SA Miller | Photograph of exhibit 99 |

Case 6:16-cr-10141-EFM    Document 395    Filed 04/26/18    Page 13 of 32

Appellate Case: 19-3034    Document: 010110210015    Date Filed: 08/08/2019    Page: 21
Case Number: 6:16-cr-10141-EFM                                    Page  13  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 100 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B28, post-it note |
| 100a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 100 |
| 101 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B28, red notebook |
| 101a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 101 |
| 102 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B28, green notebook |
| 102a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 102 |
| 103 | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Physical item 1B29, Anarchist Cookbook |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 14 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 22
Case Number: 6:16-cr-10141-EFM                                     Page  14  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 103a | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Photograph of exhibit 103 |
| 104 | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Physical item 1B46, printout |
| 105 | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Physical item 1B46, binder 1 |
| 105a | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Photograph of exhibit 105 |
| 106 | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Physical item 1B46, binder 2 |
| 106a | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Photograph of exhibit 106 |
| 107 | 3/26<br><br>3/27 | 3/26<br><br>3/27 | Harris<br><br>Miller | Physical item 1B46, binder 3 |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 15 of 32

Appellate Case: 19-3034    Document: 010110210015    Date Filed: 08/08/2019    Page: 23
Case Number: 6:16-cr-10141-EFM                              Page  15  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 107a | 3/26<br>3/27 | 3/26<br>3/27 | Harris<br>Miller | Photograph of exhibit 107 |
| 108 | 4/4 | 4/4 | Brian | Photographs of text messages |
| 109a-b | 4/4 | 4/4 | Brian | Photographs of Telegram messages |
| 110a-j | 4/4 | 4/5 | Brian | Photographs of WhatsApp messages |
| 111a-m | 4/4 | 4/5 | Brian | Photographs of WhatsApp messages |
| 112a-b | 4/4 | 4/5 | Brian | Photographs of Signal messages |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 16 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 24
Case Number: 6:16-cr-10141-EFM                              Page  16  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 113a-o | 4/4 | 4/4 | Brian | Photographs of Signal messages |
| 127 | 3/29 | 3/29 | 127a, b, g, j, k, m, n, q-z, aa-gg, ii-zz, aaa-zzz, bbbb-zzzz, aaaaa-hhhhh, iiiii-lllll, qqqqq in with Dan Day | 1D23, audio recording |
| 129 | 3/29 | 3/29 | 129a-q, s-x, z | 1D35, audio recording |
| 130 | 4/2 | 4/2 | Dan Day | 1D60, audio recording |
| 134 | 3/27 | 3/27 | 1-13 (All) in with SA Tucker | Photographs taken from the execution of a search warrant at G&G Mobile Homes, 1250 E. Tucker Road Liberal, KS |
| 138 | 4/9 | 4/9 | Piland | KBI/KBI recorded interview of Gavin Wright |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 17 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 25
Case Number: 6:16-cr-10141-EFM                               Page  17  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 144 | 4/2 | 4/2 | Dan Day | Photographs of mortar and pestle |
| 145 | 4/5 | 4/5 | 1, 8, 12, 19, 24, 32, 40, 48, 54, in through Brian | Photographs of FBI weapons used in undercover operation |
| 146a | 4/4 | 4/4 | Brian | Diagram of undercover operations |
| 152 | 3/26 | 3/26 | Blackburn, pages 1 and 2 withdrawn | Photographs of 312 W. Mary Street, Garden City, KS (interior and exterior) |
| 167e | 4/5 | 4/5 | Barrow | FBI Photos from Lab Report 2016-03429 |
| 174 | 4/3 | 4/3 | 001-005 in with Sgt. Olsen | Photographs of taken during the execution of a search warrant for truck belonging to Curtis Allen |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 18 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 26
Case Number: 6:16-cr-10141-EFM                              Page  18  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 177 | 3/26<br><br>4/9 | 3/26<br><br>4/9 | 1-3 in by Harris<br><br>All in through Piland<br><br>Pgs 1-19 | KBI photographs of taken during the execution of a search warrant at 2399 and 2451 Road 10 Liberal, KS |
| 179 | 4/9 | 4/9 | Barrow | FBI Structural Overpressure Effects Chart |
| 180 | 4/5 | 4/5 | Barrow | Photograph of the FBI Laboratory |
| 181 | 4/5 | 4/5 | Barrow | Introduction to Explosives PowerPoint |
| 187a | 3/29 | 3/29 | Dan Day | Physical handwritten note by CHS dated 9/2/2016 |
| 196 | 3/28 | 3/28 | SA Miller | Physical item 1B50, black tactical gear |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 19 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 27
Case Number: 6:16-cr-10141-EFM                                     Page 19 of 32 Pages

# EXHIBIT LIST - Continuation Sheet

| 197 | 3/27 | 3/27 | SA Miller | Physical item 1B60, Remington .300 mag with attachments |
| 199 | 3/27 | 3/27 | SA Miller | Physical item 1B62, Bushmaster XM-15 .223 caliber assault rifle |
| 200 | 3/27 | 3/27 | SA Miller | Physical item 1B63, Bushmaster XM-15 .223 caliber assault rifle |
| 202 | 3/27 | 3/27 | SA Miller | Physical item 118, Bear Creek Arsenal Model BCA15 .223 caliber assault rifle |
| 203 | 3/28 | 3/28 | Schmidt | Physical item 1B152, CDs titled Bomb Countermeasures and Anarchist Cookbook |
| 209 | 4/9 | 4/9 | Piland | Physical Item 1B177, Springfield Model SAR-8, 7.62mm assault rifle |
| 210 | 4/9 | 4/9 | Piland | Physical item 1B189, Century Arms GP/WASR-10/63, 7.62mm assault rifle |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 20 of 32

Appellate Case: 19-3034    Document: 010110210015    Date Filed: 08/08/2019    Page: 28
Case Number: 6:16-cr-10141-EFM                              Page  20  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 211 | 4/9 | 4/9 | Piland | Physical item 1B191, .50 Caliber rifle |
| 287 | 4/4 | 4/4 | Dan Day | 1D51 track 244 |
| 288 | 4/4 | 4/4 | Dan Day | 1D51 track 247 |
| 298 | 4/2 | 4/2 | Dan Day | Still shots from 1D33, Stein with black firearm |
| 300 | 4/9 | 4/9 | Lang | KC-2071676 1B 11 1B12 and 1B 13, Assault Rifle with attachments Assault style rifle with attachments |
| 303a | 3/26 | 3/26 | Blackburn | Aerial Photograph of apartments |
| 303b | 3/26 | 3/26 | Blackburn | Aerial Photograph of apartments |
| 303c | 3/26 | 3/26 | Blackburn | Photograph of apartments |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 21 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 29
Case Number: 6:16-cr-10141-EFM                               Page 21 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| 304 | 3/26 | 3/26 | Harris | Digital scale |
|---|---|---|---|---|
| 304a-c | 4/2 | 4/2 | Dan Day | Photographs of the Gavin Wright, Patrick Stein and Curtis Allen |
| 305a | 4/5 | 4/5 | SSA Jason Miller | Pages from Lab Report 2016-03429-5 Scanned Physical 1A |
| 306 | 4/4 | 4/4 | Sealed (In for Identification) | Still photograph of video of Stein with UCE |
| 307 | 4/4 | 4/4 | Dan Day | Clip from 1D51 track 85 |
| 309 | 4/9 | 4/9 | Tucker | Gavin Wright PayPal records |
| 311 | 4/11 | 4/11 | Amy Kuhn | Clip from 1D66 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

Case Number: 6:16-cr-10141-EFM                                   Page  22  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# ALLEN - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 900 | 4/3 | 4/3 | Day | Map of Western Kansas |
| 902-a | 4/12 | 4/12 | N/A | Map of Garden City, Kansas #2 (SEALED FROM PUBLIC) |
| 909 | 4/2 | 4/2 | A-P in by Day | CHS payment and expense receipts |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 23 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 31
Case Number: 6:16-cr-10141-EFM                          Page  23  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 912 | 3/26 | 3/26 | A-I, K, L by Harris | Pictures of Allen's Home |
| 916 | 3/26 | 3/26 | A, B, C by Harris | Pictures of Allen's Yukon |
| 919 | 4/9 | 4/9 | Barrow | PyroDirect Hobby Fuse for sale |
| 920 | 3/27 | 3/27 | Tucker | Walmart Aluminum Powder |
| 926 | 3/27 | 3/27 | Harris | FBI payment receipt for $15,000 |
| 927 | 4/11 | 4/11 | O'Kane | Kansas Small Business Development Center Records |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 24 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 32
Case Number: 6:16-cr-10141-EFM                         Page  24  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 930 | 3/26 | 3/26 | Harris | Lula Trailer Title DMV |
| 931 | 3/28 | 3/28 | Miller | Unit F002 Space Station Storage Unit Inventory-Evidence Log |
| 932 | 3/28 | 3/28 | Ott | USMC Book |
| 933 | 3/28 | 3/28 | Ott | USMC Book |
| 934 | 4/3 | 4/3 | Day | Day Authorization for FBI to use recording devices on 2016-01-20 |
| 936 | 4/3 | 4/3 | Day | DD FB posting on trial |

Case Number: 6:16-cr-10141-EFM                                    Page  25  of 32 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 939 | 4/3 | 4/3 | Day | DD FB posting on trial |
| 942 | 4/3 | 4/3 | A-E by Day | Audio Recordings |
| 944 | 4/10 | 4/10 | Kuhn | Audio Recording |
| 951 | 4/12 | 4/12 | Fully Admitted in Court Hearing | Audio Recording |
| 954 | 4/5 | 4/5 | Brian | Audio Recording |
| 955 | 4/10 | 4/10 | A-K and e-mail by Kuhn | Set of maps |

Case Number: 6:16-cr-10141-EFM                                      Page  26  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 957 | 4/12 | 4/16 | Rule 1006 Remove all calls in which there was no name listed in receiver column; Defense counsel and Government must meet to discuss accuracy of remaining calls; calls made to persons other than defendants (including FBI agents) will be excised as well. Admitted as revised. | Summary of Dan Day phone calls under Rule 1006 |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 27 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 35
Case Number: 6:16-cr-10141-EFM                          Page 27 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# STEIN - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1097 | 3/28 | 3/28 | Benson | Resignation from KSF on Facebook |
| 1098 | 3/28 | 3/28 | Benson | Facebook post regarding Muslims |
| 1099 | 3/28 | 3/28 | Benson | Facebook friend request to Patrick Stein |

Case Number: 6:16-cr-10141-EFM                              Page  28  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 1045f | 4/4 | 4/4 | Dan Day | Clip – recorded conversation with Patrick Stein |

Case Number: 6:16-cr-10141-EFM                                    Page  29  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# WRIGHT - ADMITTED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1100 | 3/26 | 3/26 | Harris | Video file of G&G Office (Adam Williamson videography) |
| 1102 | 3/28 | 3/28 | Miller | G&G Search Receipt for Property and hand-drawn sketch of layout 10-20-2016 |
| 1107 | 4/4 | 4/4 | A and B by Day | Audio file of recorded phone calls between Dan Day and Gavin Wright |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 30 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 38
Case Number: 6:16-cr-10141-EFM                                Page  30  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 1108 | 4/4 | 4/4 | A and B by Day | Audio file of recorded phone calls between Dan Day and Gavin Wright |
| 1125 | 4/9 | 4/9 | 18-31, 31-33, 36-59 by Lang | Photos of search of Wright's home |
| 1126 | 4/9 | 4/9 | Lang | Search warrant return |
| 1127 | 4/11 | 4/11 | Kuhn | Transcript regarding Earnest Lee |
| 1128 | 4/11 | 4/11 | Kuhn | Return on warrant for search of Wright's truck |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 31 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 39
Case Number: 6:16-cr-10141-EFM                                    Page 31 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Case No. 6:16-cr-10141-EFM

☐ Evidentiary
■ Trial
☐ Other

# EXHIBIT LIST – EXHIBITS NOT ADMITTED

| Exhibit Number | Date Identified | Date Offered | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|---|
| 1301 | 4/12 | 4/12 | N/A | N/A | October 5, 2016 transcript |
| 1302 | 4/12 | 4/12 | N/A | N/A | July 18, 2016 transcript |
| 903 | 4/10 (Not Identified by Number) | N/A | N/A | Kuhn | Source Open 10-9-2015 |

Case 6:16-cr-10141-EFM   Document 395   Filed 04/26/18   Page 32 of 32

Appellate Case: 19-3034   Document: 010110210015   Date Filed: 08/08/2019   Page: 40
Case Number: 6:16-cr-10141-EFM                          Page  32  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 905A, B | 4/3 | N/A | N/A | Day | Admonish 10-20-15<br>Admonish 1-13-16 |
| 912-J | 3/26 | N/A | N/A | Harris | Bluebell Ln Sales Book |
| 918 | 4/9 | N/A | N/A | Barrow | Grainger Nitric Acid |